

**City of Dallas**

ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/14/2025 9:39 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/14/2025 9:39:32 AM
CHRISTOPHER A. PRINE
Clerk

March 14, 2025

*Via e-Filing*
Christopher A. Prine, Clerk
Fifteenth District Court of Appeals
P.O. Box 12852
Austin, Texas 78711

     Re:     Court of Appeals Number:  15-24-00081-CV
               Trial Court Case Number:  D-1-GN-23-002331

     Style:     *City of Dallas v. Paxton*

Dear Mr. Prine:

This letter is to notify the Court that Nicholas D. Palmer will be arguing for Appellant, the City of Dallas, at the submission of the above referenced cause at 1:00 p.m. on March 25, 2025.

          Sincerely,

          */s/ Nicholas D. Palmer*

          NICHOLAS D. PALMER
          Executive Assistant City Attorney
          nicholas.palmer@dallas.gov

c:    *Via E-Service*
    Thomas J. Williams (thomas.williams@haynesboone.com)
    William R. Pillifant (reid.pillifant@haynesboone.com)
    *Attorneys for Appellee The Dallas Morning News, Inc.*

    Kathy Johnson (kathy.johnson@oag.texas.gov)
    *Attorney for Appellee Ken Paxton*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicholas Palmer
Bar No. 24067814
nicholas.palmer@dallas.gov
Envelope ID: 98459131
Filing Code Description: Letter
Filing Description: Letter Designative Arguing Attorney for Appellant City of Dallas
Status as of 3/14/2025 9:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Christian Young | | christian.young@oag.texas.gov | 3/14/2025 9:39:32 AM | SENT |
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 3/14/2025 9:39:32 AM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 3/14/2025 9:39:32 AM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 3/14/2025 9:39:32 AM | SENT |
| Thomas J.Williams | | thomas.williams@haynesboone.com | 3/14/2025 9:39:32 AM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 3/14/2025 9:39:32 AM | SENT |